■ LOUIS BRICKMAN, Respondent, v. GROSSINGER REALTY CORP. et al., Appellants

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ COUNTY TRUST COMPANY, Appellant, v. J. EDWIN STEINACHER et al., Respondents, et al., Defendant

Beldock, P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.

■ MICHAEL CUSACK, an Infant, by His Parent RAYMOND CUSACK, et al., Appellants, v. ROOSEVELT RACEWAY, INC., et al., Respondents.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ ROSE ECKSTEIN, Appellant, v. CHARLES S. RITTERSPORN et al., Respondents.—

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ EDDIE'S AUTO BODY WORKS, INC., Appellant, v. LUMBERMEN'S MUTUAL CASUALTY CO., Respondent.

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.